IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

**LESTER FLETCHER,**

    **Plaintiff,**

vs.                                                              Civ. No. DLB-20-3446

**DIDLAKE, INC.,**

    **Defendant.**

## **ORDER**

The deadline for Didlake, Inc. to respond to Lester Fletcher's motion for reinstatement of case, ECF 51, is extended to February 10, 2023.

Date: January 26, 2023

                                                Deborah L. Boardman
                                                United States District Judge