UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

February 9, 2023

**LETTER ORDER**

RE: *Fletcher v. Didlake*
DLB-20-3446

Dear Counsel and Mr. Fletcher:

    The Court has been advised by Judge Sullivan, who presided over settlement negotiations, that this matter has been settled and that Mr. Fletcher wishes to withdraw his motion to reopen the case. Therefore, the motion to reopen is deemed withdrawn, and this case is closed.

    Although informal, this letter is an Order of the Court and shall be docketed as such. The Clerk shall send a copy to Mr. Fletcher.

Sincerely,

Deborah L. Boardman
United States District Judge